IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 12-112-03 |
| GIORGI OQROSHIDZE | |

### ORDER

AND NOW, this 12 day of June, 2014, upon consideration of the Government's Motion to Dismiss Counts, the entry of the defendant's plea of guilty to Count One and the Court's imposition of sentence on Count One, it is ORDERED that Counts 17, 19, 21, 22, 26 and 27 of the Indictment are dismissed as to this defendant.

BY THE COURT:

HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*